# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2012

Robert P. Young, Jr.,
Chief Justice

146162

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re KIECA, Minors.

SC: 146162
COA: 307194
Oakland CC Family Division:
11-782768-NA

_____/

On order of the Court, the application for leave to appeal the August 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



s1218

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2012

_____
Clerk